PLANNING AND ZONING COMMISSION OF THE TOWN OF
LEBANON *v.* WILLIAM CRAFT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 12 Conn. App. 90, is denied.

*Mary E. Holzworth,* in support of the petition.

*John L. Stawicki,* in opposition.

Decided September 23, 1987

STATE OF CONNECTICUT *v.* JO ANN BETTINI

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 684, is denied.

*Joseph F. Keefe,* in support of the petition.

*James G. Clark,* assistant state's attorney, in opposition.

Decided September 23, 1987

STATE OF CONNECTICUT *v.* ANGEL CASTILLO

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 621, is denied.

*Martin Zeldis,* assistant public defender, and *Joette Katz,* public defender, in support of the petition.

*Michael E. O'Hare,* assistant state's attorney, in opposition.

Decided September 23, 1987

STATE OF CONNECTICUT *v.* CORNELIUS GREENE

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 575, is denied.

*Martin Zeldis,* assistant public defender, and *Joette Katz,* public defender, in support of the petition.

Decided September 23, 1987